UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                          Criminal No. 17-CR-20274

vs.                                                 HON. BERNARD A. FRIEDMAN

JUMANA NAGARWALA, et al.,

    Defendants.

_____/

**ORDER GRANTING DEFENDANTS' MOTION TO**
**COMPEL DISCOVERY OF FORENSIC INTERVIEWS**

**and**

**ORDER GRANTING DEFENDANTS' MOTION FOR A CONTINUANCE**

**and**

**FINDING OF EXCLUDABLE DELAY UNDER**
**THE SPEEDY TRIAL ACT**

On September 26, 2018, this matter came before the Court on (1) defendants' motion to compel discovery of forensic interviews [docket entry 304] and (2) defendants' motion for a continuance [docket entry 335]. A hearing was held and oral argument heard. For the reasons stated on the record,

IT IS ORDERED that defendants' motion to compel discovery of forensic interviews is granted. The government is to provide defendants with the discovery material at issue within thirty (30) days of the date of this order.

IT IS FURTHER ORDERED that defendants' motion for a continuance is granted. The trial shall commence on April 29, 2019. All motions, other than motions in limine, are due by January 29, 2019.

IT IS FURTHER ORDERED that because this continuance is being granted at defendants' request and in the interest of justice, the period of time between the previously scheduled trial date (January 15, 2019) and the new trial date (April 29, 2019) is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). Defendants are directed to acknowledge this by filing a waiver of speedy trial excluding this period of delay.

Dated: September 28, 2018  s/Bernard A. Friedman
Detroit, Michigan          BERNARD A. FRIEDMAN
                           SENIOR UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 28, 2018.

s/Johnetta M. Curry-Williams
Case Manager