UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

            Plaintiff,

v.                                              Case No. 2:17-cr-20274-BAF-DRG
                                            Hon. Bernard A. Friedman

Tahera Shafiq, et al.,

            Defendant(s),

## NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

   RE-NOTICE of hearing on [403] Joint MOTION for Return of Property as to Tahera Shafiq, Farida Arif, Haseena Halfal, Zainab Hariyanawala. **Motion Hearing reset for 7/9/2019 01:30 PM before District Judge Bernard A. Friedm an**. **HEARING WILL TAKE PLACE IN ANN ARBOR COURTHOUSE, COURTROOM 2** (JCur)

   All of the aforementioned Defendants are required to appear at the United States District Court, Federal Building, 200 East Liberty Street, Ann Arbor, Michigan.  Please report to Room Courtroom 2.

### Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/J. Curry-Williams
                                                        Case Manager

Dated:  May 16, 2019